UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **KENNETH RAY JONES, ET AL.**<br>    Appellants | **CIVIL ACTION NO. 15-2761** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **FFIF-AMC OPPORTUNITY FUND, LLC., ET AL.**<br>    Appellees | **MAG. JUDGE KAREN L HAYES** |

## JUDGMENT

For the reasons set forth in this Court's Memorandum Opinion,

IT IS ORDERED, ADJUDGED, AND DECREED that the November 23, 2015 Judgment of the Bankruptcy Court is AFFIRMED on the automatic stay claim addressed therein, and Plaintiffs' appeal is DENIED with respect to that claim.

IT IS FURTHER ORDERED that to the extent Plaintiffs seek statutory damages and attorneys' fees under 15 U.S.C. § 1692, *et seq.*, Plaintiffs' claim is REMANDED for further proceedings consistent with this opinion.

MONROE, LOUISIANA, this 21st day of June, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE